**Dianne R. MACLEOD**

v.

**Wendell I. MACLEOD.**

Supreme Judicial Court of Maine.

Argued Jan. 4, 1989.

Decided Jan. 31, 1989.

Lee Woodward, Jr. (orally), Eaton, Glass, Marsano & Woodward, Belfast, for plaintiff.

John L. Carver (orally), for defendant.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

The defendant, Wendell I. Macleod, appeals from a judgment of the Superior Court (Waldo County; *Smith, J.*), affirming a divorce judgment of the District Court (Belfast; *Bradley, J.*). We find no clear error in the District Court's determination of marital property, *West v. West*, 550 A.2d 1132, 1133 (Me.1988); *Carter v. Carter*, 419 A.2d 1018, 1022 (Me.1980), and no abuse of discretion in the way the marital property was distributed. *Smith v. Smith*, 472 A.2d 943, 945 (Me.1984). Nor do we find any abuse of discretion in the

court's failure to award alimony to either party. *Cushman v. Cushman,* 495 A.2d 330, 335 (Me.1985). Other errors asserted by the defendant were not preserved for appellate review.

The entry is:

Judgment affirmed.

All concurring.